Finally, even apart from the question of Dickey's lack of standing, we note that G. L. c. 211, § 3, is generally not an appropriate avenue to challenge an order appointing a receiver. Rather, such orders are immediately appealable to the Appeals Court under the doctrine of present execution. See, e.g., Albre v. Sinclair Constr. Co., 345 Mass. 712, 712-713, 189 N.E.2d 563 (1963) ; Wax v. Monks, 327 Mass. 1, 2-3, 96 N.E.2d 704 (1951) ; New England Theatres, Inc. v. Olympia Theatres, Inc., 287 Mass. 485, 490, 192 N.E. 93 (1934), cert. denied sub nom. E.M. Loew's, Inc. v. New England Theatres, Inc., 294 U.S. 713, 55 S.Ct. 509, 79 L.Ed. 1247 (1935).
For all of these reasons, the single justice did not err or abuse her discretion in denying the petition.
Judgment affirmed.